■ CHRISTIANNE CITRON, an Infant, by CASPER CITRON, Her Guardian ad Litem, et al., Appellants, v. TISHMAN REALTY & CONSTRUCTION CO., INC., Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellants and the motion to reinstate preference granted. (See *Lee* v. *Lehrer*, 3 A D 2d 702.) No opinion. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ DOMENICO BOSSOLINI, Appellant, v. RENATO ORSI, Respondent.— Order unanimously affirmed. Treating the motion denominated a motion for reargument as one to renew, the order is appealable. Appeal from order entered September 21, 1956, unanimously dismissed. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ COSTA PARSONS, Appellant, v. WILHELMINA DEIMAL et al., Respondents, et al., Defendants.—Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ EVELYN R. ROWAN, Appellant, v. ROBERT L. ROWAN, Respondent.— Amended order dated January 22, 1957, unanimously modified to delete the provision allowing renewal of motion for temporary alimony at the time of trial (see *Barnes* v. *Barnes*, 3 A D 2d 242). The modification does not affect the renewal of motion for counsel fee before the trial court. Settle order on notice. Appeal from the original order dated January 10, 1957, unanimously dismissed. Order dated January 10, 1957, granting motion to vacate notice of examination before trial, unanimously affirmed. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ REGENT FACTORS CORP., Respondent, v. PARK AVE. CONSTRUCTION CORP. et al., Defendants; RELIDE REALTY CORP., Appellant, and HARRY WEBER, as Receiver in Foreclosure, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ RUTH BORAX v. HERMAN BORAX.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ. [See *ante*, p. 404.]

■ HELEN FUSCO et al., v. 655 EAST FORDHAM ROAD REALTY CORP.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Frank and Valente, JJ. [See *ante*, p. 741.]

■ MICHAEL P. GRACE, II, Individually and as Trustee under the Will of JANET GRACE, Deceased, Respondent, v. DEEPDALE, INC., et al., Respondents; GRACE PROPERTIES, INC., et al., Appellants, et al., Defendants. CORINNE GRACE, as Guardian ad Litem for MICHAEL P. GRACE, JR., an Infant, Respondent, v. JOSEPH P. GRACE, JR., et al., as Trustees under the Will of JANET GRACE, Deceased, Respondents; CHARLES M. GRACE, as Trustee under the Will of JANET GRACE, Deceased, Appellant, et al., Defendant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P. Botein, Rabin, Valente and McNally, JJ. [See *ante*, p. 397.]

■ In the Matter of the Accounting of DAVID WIDELITZ et al., as Trustees under the Will of SAMUEL WIDELITZ, Deceased, Respondents. MOLLIE LIEBOWITZ et al., Appellants; HOWARD H. SPELLMAN, as Special Guardian, et al., Respondents.—Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ. [See *ante*, p. 742.]

■ HANNAH GALEWITZ, Respondent, v. WALTER PEEK PAPER CORPORATION et al., Appellants, and GEORGE GREEN et al., Respondents-Appellants.— Motions for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Frank and Valente, JJ. [See *ante*, p. 741.]